*IT IS SO ORDERED*
*Judge Susan Illston*

1  **HUNTER PYLE, SBN 191125**
   **BRADAN LITZINGER, SBN 347813**
2  HUNTER PYLE LAW, PC
3  505 14th Street, Suite 600
   Oakland, California 94612
4  Telephone: (510) 444-4400
   Facsimile:  (510) 444-4410
5  Email(s):   hunter@hunterpylelaw.com;
               blitzinger@hunterpylelaw.com
6
7  Attorneys for Plaintiff Amanda Summers

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| AMANDA SUMMERS,<br><br>            Plaintiff,<br><br>     v.<br><br>CLOUD ACADEMY, INC.; and DOES 1 through 10, inclusive;<br><br>            Defendants. | Case No.: 3:24-cv-01393-SI<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION PER FRCP 41(a)(1)(A)(ii); STIPULATION**<br><br>Judge:         Hon. Susan Illston<br>Action Filed:  January 31, 2024 |

---

**REQUEST FOR DISMISSAL WITH PREJUDICE OF ENTIRE ACTION AND RELATED STIPULATION PER FRCP 41(a)(1)(A)(ii)**

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to FRCP 41(a)(1)(A)(ii); plaintiff AMANDA SUMMERS, by and through her attorneys of record, hereby requests that this Court dismiss this entire action with prejudice, with each party to bear its own fees and costs.

Defendant CLOUD ACADEMY, INC. ("Defendant"), by and through its attorneys of record, does not object to Plaintiff's request to dismiss her case with prejudice, and thus Defendant hereby stipulates to the same.

DATED: June 28, 2024                HUNTER PYLE LAW, PC


                                    By: _____
                                        Hunter Pyle
                                        Bradan Litzinger

                                    Attorneys for Plaintiff Amanda Summers

DATED: June 28, 2024                DLA PIPER LLP (US)


                                    By: _____
                                        TROY A. VALDEZ
                                        TOM LIN
                                        RUTH YOHANNES

                                    Attorneys for Defendant
                                    CLOUD ACADEMY, INC.

                                    ***

**ATTESTATION OF ELECTRONIC SIGNATURE**

I, Hunter Pyle, attest pursuant to Northern District Civil Local Rule 5-1(i)(3) that all signatories on this document agree to the filing's content and have authorized this filing. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: June 28, 2024                        _____/s/ Hunter Pyle_____
                                                    Hunter Pyle